IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL TEMPLE, | ) | |
| | ) | 06 C 1602 |
| Plaintiff, | ) | |
| | ) | Judge Norgle |
| v. | ) | |
| | ) | Magistrate Judge Nolan |
| CITY OF CHICAGO and Chicago Police Officer JAMES WALSH #9090, | ) ) | |
| | ) | |
| Defendants. | ) | |

FILED
SEP 2 7 2007
JUDGE CHARLES R. NORGLE
U.S. District Court Judge

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed in this matter, and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Jeffrey L. Noslund
Attorney for Plaintiff Michael Temple
150 N. Wacker Drive, Suite 2460
Chicago, IL 60606
(312) 223-1100
Attorney No. 6215115
Date: 9-24-07

_____
Kathryn M. Doi
Assistant Corporation Counsel
Attorney for Defendant James Walsh
30 N. LaSalle St., Suite 1400
Chicago, IL 60602
(312) 744-0742
Attorney No. 06274825
Date: 9/25/07

CITY OF CHICAGO
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Penelope M. George
Senior Counsel
30 N. LaSalle St., Suite 1020
Chicago, IL 60602
(312) 742-0116
Attorney No. 06194201
Date: 9-25-07